IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Attorneys for Plaintiff JAMES ALGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALGER,<br><br>Plaintiff,<br>v.<br><br>CROSSROADS TRADING CO., INC.,<br><br>Defendant. | **Case No.** 26-cv-2737-SVK<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING THE JOINT SITE INSPECTION DEADLINE**<br><br>Current Deadline: July 27, 2026<br><br>Proposed Deadline: September 28, 2026 |

JAMES ALGER ("Plaintiff") complains of CROSSROADS TRADING CO., INC. ("Defendant"), through their undersigned counsel, stipulate to continue the deadline to hold the Joint Site Inspection from July 27, 2026 to September 28, 2026. The parties believe there is good cause based on the following:

1. On March 28, 2026, Plaintiff filed this action against Defendant alleging violations of Title III of the Americans with Disabilities Act ("ADA") at a store operated by Defendant in Santa Cruz, California and another store operated by Defendant in Santa Barbara, California.

2. Because this action alleges violations of Title III of the ADA, it is subject to the

provisions of General Order No. 56, which requires, among other things, that the parties conduct a Joint Site Inspection within 60 days of service of the complaint. G.O. No. 56, ¶ 1.

3. On May 27, 2026, Defendant waived service of summons and the Complaint. ECF No 7.

4. Thus, the original deadline to respond to the Complaint was July 27, 2026. The parties have since stipulated to continue this deadline to August 10, 2026.

5. The current deadline to hold the Joint Site Inspection is July 27, 2026, when counting from the date that Defendant waived service of summons and the Complaint.

6. The parties have been actively engaged in good-faith settlement discussions and have made substantial progress toward a potential resolution of this matter. The parties believe that allowing additional time to continue these discussions may facilitate resolution of the claims without the need to incur the time and expense associated with conducting Joint Site Inspections at both subject properties.

7. In addition, coordinating the Joint Site Inspections requires additional time because this action concerns two separate properties located in different regions of California, one in Santa Cruz and the other in Santa Barbara, and the inspections will require coordination among the parties, counsel, and any necessary consultants or experts. The parties are diligently working toward a resolution of all claims and believe that the requested continuance will permit them to pursue settlement while avoiding potentially unnecessary inspection-related expenses.

8. The requested continuance is sought in good faith, is not for purposes of delay, and will permit the parties to continue their settlement efforts while preserving their ability to conduct the Joint Site Inspections if settlement is not achieved.

9. Accordingly, the parties respectfully submit that good cause exists to continue the deadline for the Joint Site Inspections to September 28, 2026.

Respectfully submitted,

DATED: July 27, 2026

**ALLACCESS LAW GROUP**

*/s/ Irakli Karbelashvili*________
IRAKLI KARBELASHVILI
Attorneys for Plaintiff James Alger

DATED: July 27, 2026

**FOLEY & LARDNER LLP**

*/s/ John J Atallah*________________
JOHN J. ATALLAH
Attorneys for Defendant
Crossroads Trading Co., Inc.

**[PROPOSED] ORDER**

Having reviewed the stipulation and good cause appearing, the deadline to conduct the Joint Site Inspection is continued by 60 days to September 28, 2026. All other deadlines are modified accordingly.

**SO ORDERED.**

Dated: July 28, 2026

Susan van Keulen

Hon. Susan van Keulen
United States Magistrate Judge